**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Alexander D. Neigum,                )<br>                                                          )<br>                    Plaintiff,          )<br>                                                          )<br>          vs.                                        )<br>                                                          )<br>BNSF Railway Company, a corporation, )<br>                                                          )<br>                    Defendant.         ) | **ORDER RE AMENDMENTS TO<br>SCHEDULING/DISCOVERY PLAN**<br><br><br>Case No.: 1:06-cv-026 |

On January 23, 2007, the parties filed a Stipulation to Amend Scheduling/Discovery Plan. The court **ADOPTS** the parties' stipulation (Docket No. 13) and **ORDERS** that the scheduling/discovery plan be modified as follows:

3. The parties shall have until May 15, 2007, to complete fact discovery and file discovery motions.

4. The plaintiff shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) by April 15, 2007, and the defendant shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) by May 18, 2007. (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.)

5. The parties shall have until June 15, 2007, to complete discovery depositions of expert witnesses.

10. The parties shall have until May 19, 2007, to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 24th day of January, 2007.

                                                                    /s/ Charles S. Miller, Jr.
                                                                    Charles S. Miller, Jr.
                                                                    United States Magistrate Judge