**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Alexander D. Neigum, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| BNSF Railway Company, a corporation, | ) | |
| | ) | Case No.: 1:06-cv-026 |
| Defendant. | ) | |

_____

On May 18, 2007, the court conducted a telephone conference to address a discovery dispute between the parties. Attorneys Michael McReynolds and Michael Tello appeared on the Plaintiff's behalf. Attorney James Hill appeared on behalf of the Defendant.

Following a lengthy discussion, the parties agreed that a continuance of trial is warranted. Accordingly, the trial set for August 20, 2007, shall be rescheduled for April 21, 2008, at 9:30 a.m. in Bismarck, North Dakota, before Judge Hovland. A five (5) day trial is anticipated. The final pretrial conference set for August 7, 2007, is cancelled and shall be rescheduled for a date yet to be determined. The pretrial deadlines set forth in the court's scheduling/discovery order shall be suspended pending the submission of an amended scheduling/discovery plan. The parties are to e-mail their amended scheduling/discovery plan in **"WordPerfect" or in "Word"** format to the following e-mail address by June 18, 2007: <**ndd_J-Miller@ndd.uscourts.gov** >

**IT IS SO ORDERED.**

Dated this 18th day of May, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge