**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| Alexander D. Neigum, ) | |
| ) | **ORDER ADOPTING STIPULATION** |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 1:06-cv-026 |
| BNSF Railway Company, a corporation, ) | |
| ) | |
| Defendant. ) | |

_____

Before the Court is a "Stipulation" filed on March 19, 2008.  See Docket No. 26.  The parties stipulate to extend the deadline for filing motions in limine to March 25, 2008.  The Court **ADOPTS** the parties' stipulation in its entirety.

**IT IS SO ORDERED.**

Dated this 20th day of March, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court