**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Alexander D. Neigum, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| BNSF Railway Company, a corporation, | ) | |
| | ) | Case No.: 1:06-cv-026 |
| Defendant. | ) | |

___

On June 27, 2008, the court was advised by letter of the parties intent to depose Dr. Shelley Killen ten days prior to trial. The court has no objection to the taking of Dr. Killen's deposition less than thirty days prior to trial and pursuant to the schedule agreed upon by counsel. The scheduling order shall be amended accordingly. A copy of the aforementioned letter is attached to this order.

**IT IS SO ORDERED.**

Dated this 27th day of June, 2008.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court