**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| Alexander D. Neigum, ) | |
| ) | **ORDER OF DISMISSAL** |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| BNSF Railway Company, ) | |
| a corporation, ) | Case No 1:06-cv-026 |
| ) | |
| Defendant. ) | |

Before the Court is a "Stipulation for Dismissal With Prejudice" filed on May 6, 2009. The Court **ADOPTS** the stipulation in its entirety (Docket No. 69) and **ORDERS** the case be dismissed with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 6th day of May, 2009.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court